THE HONORABLE JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIK BOHLIN and NADINE BOHLIN,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, a foreign company,

Defendant.

NO. 2:25−cv−01635-JCC

**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATED MOTION TO CONTINUE CASE SCHEDULING ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Continue Case Scheduling Order (**Dkt. 19**). The Court has reviewed the motion, the record, and the files herein, and HEREBY ORDERS the following:

1. The parties' Stipulated Motion to Continue Case Scheduling Order is GRANTED;
2. The scheduling order and associated deadlines are extended as follows:

| **Activity** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Discovery Completed by | 10/13/2026 | 02/10/2027 |



POLI, MOON & ZANE, PLLC
720 Seneca St, Ste 107
Seattle, WA 98101
602-857-8180

| | | |
|---|---|---|
| 39.1 Mediation to be completed by | 10/26/2026 | 02/23/2027 |
| Dispositive motions due by | 11/09/2026 | 03/09/2027 |
| Motions in Limine due by | 01/29/2027 | 05/31/2027 |
| Pretrial Order due by | 01/29/2027 | 05/31/2027 |
| Proposed verdict forms, voir dire and jury instructions due by | 02/01/2027 | 6/1/2027 |
| Trail briefs to be submitted by | 02/04/2027 | 6/4/2027 |
| **7 Day Jury Trial is set for** | **02/08/2027** | **06/14/2027** |

DATED August 27, 2026

______________________________
THE HONORABLE JUDGE JOHN C. COUGHENOUR

Presented By:
POLI, MOON & ZANE, PLLC

*/s/ Jeff Zane*
Jeff G. Zane, WSBA #62691
Mariam Ahmed, WSBA #63115
*Attorneys for Plaintiffs Bohlin*

ROBERT D. BOHM, PLLC

*/s/ Robert D. Bohm*



**POLI, MOON & ZANE, PLLC**
720 Seneca St, Ste 107
Seattle, WA 98101
602-857-8180

Robert D. Bohm, WSBA #42703
*Attorney for Plaintiffs Bohlin*

SERPE ANDREWS, PLLC

*/s/ Sean F. Marrin*________________
Sean F. Marrin, WSBA #63126
Amy H. Craft, WSBA #57433
*Attorneys for Defendant State Farm Fire and Casualty Company*



**POLI, MOON & ZANE, PLLC**
720 Seneca St, Ste 107
Seattle, WA 98101
602-857-8180

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

Sean F. Marrin
Amy H. Craft
Patricia T.O. Pearson
Sepre Andrews, PLLC
600 1st Ave., Ste. 500C
Seattle, WA 98104
(713) 452-4400

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 27th day of August 2026 at Seattle, Washington.

*/s/Devon Sheehan*
Devon Sheehan, Paralegal
dsheehan@pmzlaw.com



POLI, MOON & ZANE, PLLC
720 Seneca St, Ste 107
Seattle, WA 98101
602-857-8180